UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-20009-UU

CANDICE WALKER,

    Plaintiff,

v.

BEST BUY, INC.,

    Defendant.
_____/

### NOTICE OF CONSENT TO JOIN

The undersigned, CANDICE WALKER, hereby consents, pursuant to 29 U.S.C. §216(b), to become a party Plaintiff in this action and to be represented by Todd W. Shulby, P.A., pursuant to the terms of the Attorney/ Client Agreement and Notice of Attorney's Fees and Costs Lien and Limitation of Client's Right to Settle.

_____
CANDICE WALKER, as Plaintiff

1-5-2011
DATE