UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-20009-UU

CANDICE WALKER,

    Plaintiff,

v.

BEST BUY, INC.,

    Defendant.

_____/

### NOTICE OF ATTORNEY'S FEES & COSTS LIEN AND LIMITATION OF CLIENT'S RIGHT TO SETTLE

Notice is hereby given that Plaintiff, CANDICE WALKER, has assigned Todd W. Shulby, P.A., all right, title and interest to recover attorney's fees and costs in this action pursuant to 29 U.S.C. §216(b). Any attempt by Plaintiff to settle, resolve, or waive the right of Todd W. Shulby, P.A., to attorney's fees and costs, is ineffective and unenforceable.

*Candice Walker*
CANDICE WALKER, as Plaintiff

1-5-2011
DATE